UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____
:
**In Re: Albert Caldwell** : **Chapter 13**
: **Case No. 5:13-bk-05855-JJT**
_____ :
**Albert J. Caldwell,** :
:
**Plaintiff,** :
: **Adv. Proc. No. 5:14-ap-00003-JJT**
v. :
:
**LexisNexis Risk Solutions FL Inc.,** :
:
**Defendant.** :

**DISCLOSURE STATEMENT FORM**

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, LexisNexis Risk Solutions FL Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

LexisNexis Risk Solutions FL Inc. is a corporation organized under the laws of the State of Minnesota with its principal place of business in Alpharetta Georgia. LexisNexis Risk Solutions FL Inc. is owned by LexisNexis Risk Holdings, Inc. (99.8%) and LexisNexis Risk Data Management, Inc. (0.2%). LexisNexis Risk Data Management, Inc. and LexisNexis Risk Holdings, Inc. are wholly owned subsidiaries of Reed Elsevier Inc.

Reed Elsevier Inc. is a wholly owned subsidiary of Reed Elsevier U.S. Holdings, Inc. Reed Elsevier U.S. Holdings, Inc. has issued shares to Reed Technology and Information Services Inc., Reed Elsevier Inc., and Reed Elsevier Overseas B.V. Reed Elsevier Overseas BV is primarily owned by Reed Elsevier Holdings BV, which, in turn, is directly and jointly owned by Reed Elsevier Group PLC and Reed Elsevier (Holdings) Ltd., with the ultimate parent companies being Reed Elsevier plc and Reed Elsevier NV.

Both Reed Elsevier plc and Reed Elsevier NV are publicly traded and have separate listings. Reed Elsevier plc's shares are listed in London and New York and Reed Elsevier NV's shares are listed in Amsterdam and New York.

                              HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

January 30, 2014                  /s/Sharon F. McKee
                                        Sharon F. McKee (Pa. I.D. No. 81499)
                                        One Logan Square, 27th Floor
                                        Philadelphia, PA 19103
                                        (215) 568-6200 (telephone)

                                        *Attorneys for Defendant*
                                        *LexisNexis Risk Solutions FL Inc.*

## CERTIFICATE OF SERVICE

I, Sharon F. McKee, certify that on January 30, 2014, a true and correct copy of the foregoing Disclosure Statement Form was electronically filed with the Court and served via the ECF system upon the following:

>Vicki Piontek, Esquire
>Piontek Law Offices
>951 Allentown Road
>Lansdale, PA 19446
>
>*Attorney for Plaintiff*

/s/ Sharon F. McKee
Sharon F. McKee